ACCEPTED
14-14-00222-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/27/2015 6:07:35 AM
CHRISTOPHER PRIN
CLERK

No. 14-14-00222-CV

In the Fourteenth Court of Appeals
At Houston, Texas

THE CITY OF GALVESTON, TEXAS

V.

JOE MURPHY, YORAM BEN-AMRAM
AND GALTEX DEVELOPMENT LLC

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/27/2015 6:07:35 AM

CHRISTOPHER A. PRINE
Clerk

MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE REQUEST FOR REHEARING
AND REQUEST FOR REHEARING *EN BANC*
(Unopposed)

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TRAP 10.5 and 49.8, Appellees Joe Murphy, Yoram Ben Amram and Galtex Development LLC
hereby request an extension of thirty days, to and including Wednesday, February 12, 2015 in which to file a Motion for Rehearing and Motion for Rehearing En Banc.

The Opinion of the Court was issued on January 13, 2015. Any motion for Rehearing would be initially due by Wednesday, January 28.

This is a first request for such extension.

Good cause exists for the requested extension. The Opinion of January 13 is relatively complicated and in the view of Appellees counsel raises serious issues for both sides on remand. The same opinion also appears to raise serious issues concerning proper application of the standard of review and related presumptions on appeal.

This Motion is Unopposed. In the event that Appellant The City of Galveston seeks an extension, such request will not be opposed by Appellees.

Prayer

Appellees accordingly request an extension through and including Wednesday, February 28, 2015 in which to file a Motion for Rehearing and Motion for Rehearing *En Banc*.

1

Respectfully submitted,

/s/Mark W. Stevens

Mark W. Stevens
TBN 19184300
PO Box 8118
Galveston, Texas 77553
409.765.6306
Fax 409.765.6469
Email: markwandstev@sbcglobal.net
Counsel for Appellees

Certificate of Conference

This will certify that on January 26, 2015 I conferred by telephone with David Salyer of McLeod, Alexander, Powell & Apffel (Lead Counsel for The City of Galveston) and Mr. Salyer advises that the City does not oppose this Motion for Extension of Time.

/s/Mark W. Stevens
Mark W. Stevens

Certificate of Compliance

This will certify that the text of the foregoing Motion contains 178 words.

/s/Mark W. Stevens
Mark W. Stevens

Certificate of Service

A true and correct copy of the foregoing instrument has been served upon Mr. David Salyer and Ms. Jocylen Holland, McLeod, Alexander, Powel & Apffel via electronic means on January 27, 2015.

/s/Mark W. Stevens
Mark W. Stevens